JOSH COLE AICKLEN
Nevada Bar No. 7254
E-Mail: Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 9502
E-Mail: David.Avakian@lewisbrisbois.com
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
E-Mail: Micah.Walker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant KRAFT-SUSSMAN
FUNERAL SERVICE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGAUX AMIE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT-SUSSMAN FUNERAL SERVICE, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-02131-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled and the parties agree to dismiss this matter with prejudice.

4847-5368-7982.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 23rd day of December, 2019.

LEWIS BRISBOIS BISGAARD & SMITH

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
David B. Avakian
Nevada Bar No. 9502
Micah K. Mtatabikwa-Walker
Nevada Bar No. 13731
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 23 day December, 2019.

PLAINTIFF IN PROPER PERSON

Margaux Amie
PO Box 641263
Los Angeles, CA 90064
Plaintiff in Proper Person

ORDER

**IT IS SO ORDERED.**
Dated this 23 day of December, 2019.

Gloria M. Navarro, District Judge
United States District Court