**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| MARGAUX AMIE,<br><br>          Plaintiff,<br><br>vs.<br><br>KRAFT-SUSSMAN FUNERAL SERVICE, INC.,<br><br>          Defendants. | 2:18-cv-02131-GMN-VCF<br><br>**ORDER** |

Before the Court is the Motion for Refund (ECF NO. 30).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

On March 8, 2019, Plaintiff was ordered to post a $500 cost bond. (ECF NO. 13). Plaintiff posted the $500 cost bond.

On December 23, 2019, the parties filed a stipulation and order to dismiss with prejudice. (ECF NO. 28). The court granted the stipulation and this matter is now closed. (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Refund (ECF NO. 30) is GRANTED.

DATED this 27th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE